JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re JENNIE A. SANTAMIARIA <br><br> ─────────────────────── <br><br> E&N FINANCIAL SERVICES & DEVELOPMENT, INC., <br><br> APPELLANT, <br><br> v. <br><br> JENNIE SANTAMARIA, <br><br> APPELLEE. <br> ─────────────────────── | Case No. CV 14-05732-JGB <br><br><br> **JUDGMENT DISMISSING APPEAL WITHOUT PREJUDICE** |

    In accordance with the Order filed herewith, the Court DISMISSES the Appeal WITHOUT PREJUDICE. The Court orders that such judgment be entered. The Clerk shall close the file.

Dated:   January 26, 2015

                                              JESUS G. BERNAL
                                    United States District Judge